## SECOND DEPARTMENT, APRIL, 1960 *

### (April 11, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD R. ABAIR, Appellant.— Motion by appellant for reconsideration of his prior motions for leave to appeal as a poor person, denied. Upon such prior motions the minutes of the hearing and all the other original papers were examined by the court; and the court concluded that they established a lack of merit in the appeal. Motion by appellant, in the alternative, to dismiss his appeal (in the event of the denial of his motion for reconsideration), granted, and appeal dismissed. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ.

## FIRST DEPARTMENT, JANUARY, 1961

### (January 3, 1961)

■ REINALDO BUSTAMANTE, JR., by His Guardian ad Litem, EVELYN BUSTAMANTE, et al. v. NEW YORK TELEPHONE COMPANY et al.— Motion for leave to appeal as poor persons granted to the extent and on the terms and conditions contained in the order of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

### (January 5, 1961)

■ In the Matter of ANTHONY DEL MAR. v. DAVID C. THOMPSON et al., Constituting the Waterfront Commission of New York Harbor.— Motion to dismiss proceeding granted unless the petitioner files a supplemental record containing all the omitted documents on or before January 13, 1961, with notice of argument for the February 1961 Term of this court. Respondents' points are to be served and filed on or before January 20, 1961. The order of the Waterfront Commission of New York Harbor revoking petitioner's license is stayed pending the hearing and determination of this proceeding. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.